AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

Phillip S. Palmeri, Individually and as Administrator of the Estate of Tracey L. Palmeri, deceased
*Plaintiff*
v.
NL Industries, Inc.
*Defendant*

Civil Action No. 1:24-CV-0556-JLS-MJR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Plaintiff's complaint is dismissed as untimely and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  John L. Sinatra, Jr.  on a motion for  dismissal for failure to state a claim.

Date:  05/12/2025

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*